JOHN F. BAUM (SBN 148366)
GEOFFREY M. HASH (SBN 227223)
CURIALE DELLAVERSON HIRSCHFELD
 & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
Starwood Hotels & Resorts Worldwide, Inc., a
corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MASON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC., MALACHI HARLAND, and DOES 1 through 50,<br><br>　　　　　Defendant. | Case No. C 05-03963 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEFENDANT'S ANSWER TO THE SAME** |

　　1. **WHEREAS** Plaintiff Anthony Mason ("Plaintiff") served his Complaint on Defendant Starwood Hotels & Resorts Worldwide, Inc ("Defendant") by Notice and Acknowledgment of Receipt on September 22, 2005; and

　　2. **WHEREAS** Defendant filed its Answer to Plaintiff's Complaint on September 29, 2005 in the Superior Court of the State of California, County of San Francisco; and

　　3. **WHEREAS** Defendant removed this matter to the United States District Court, Northern District of California, pursuant to 28 U.S.C. Sections 1332(a) and 1441(b) on September 29, 2005; and

　　4. **WHEREAS** Defendant received its first notice of Plaintiff's First Amended Complaint, attached hereto as **EXHIBIT A** on September 30, 2005; and

　　5. **WHEREAS** Defendant disputes any new matter(s) contained in the First

STIPULATION AND [PROPOSED] ORDER RE: FAC/ANSWER
CASE NO. C-05-03963 BZ

1  Amended Complaint attached hereto as **EXHIBIT A**; and

2        6. **WHEREAS** Plaintiff and Defendant wish to expedite the trial and avoid any

3  undue delay or unnecessary motions and/or objections;

4      **NOW THEREFORE**, Plaintiff and Defendant hereby agree that: (1) Plaintiff's First

5  Amended Complaint, as attached hereto as **EXHIBIT A** shall be deemed the operative complaint

6  in this action at this time; and (2) Defendant's Answer, as attached to the removal papers and as

7  attached hereto as **EXHIBIT B** shall be deemed the operative answer in this action at this time.

Dated: October___, 2005

LAW & MEDIATION OFFICE OF
FRANCINE BROOKINS

By: _____
Francine Brookins

Attorney for Plaintiff
Anthony Mason

Dated: October ___, 2005

CURIALE DELLAVERSON HIRSCHFELD
& KRAEMER, LLP

By: _____
John F. Baum
Geoffrey M. Hash

Attorneys for Defendant
Starwood Hotels & Resorts Worldwide, Inc

**IT IS SO ORDERED**

Dated: October 27, 2005

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Bernard Zimmerman]*

2
STIPULATION AND [PROPOSED] ORDER RE: FAC/ANSWER
CASE NO. C-05-03963 BZ