JOHN F. BAUM (SBN 148366)
GEOFFREY M. HASH (SBN 227223)
CURIALE DELLAVERSON HIRSCHFELD
  & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
Starwood Hotels & Resorts Worldwide, Inc., a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MASON,<br><br>    Plaintiff,<br><br>vs.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC., MALACHI HARLAND, and DOES 1 through 50,<br><br>    Defendant. | Case No. C 05-03963 BZ<br><br>**STIPULATION OF DISMISSAL** |

1. **WHEREAS** Plaintiff Anthony Mason ("Plaintiff") and Defendant Starwood Hotels & Resorts Worldwide, Inc. ("Defendant Starwood") wish to amicably resolve this matter new pending before this Court; and

2. **WHEREAS** Plaintiff and Defendant Starwood have in fact reached an agreement for such resolution; and

3. **WHEREAS** Defendant Malachi Harland has not yet appeared in this action;

**NOW THEREFORE**, Plaintiff and Defendant Starwood hereby agree and stipulate that, pursuant to Fed. Rule of Civil Procedure 41 (a)(1), and pursuant to the terms of the settlement agreement reached by them, **Plaintiff shall and hereby does dismiss, with prejudice, all causes of action as to all Defendants, including but not limited to Defendant Starwood and**

///

1  **Defendant Malachi Harland,** currently pending before this Court in Case No. C 05 -03963 BZ.

3  Dated: October___, 2005

By: _____
Anthony Mason

Plaintiff

LAW & MEDIATION OFFICE OF
FRANCINE BROOKINS

7  Dated: October___, 2005

By: _____
Francine Brookins

Attorney for Plaintiff
Anthony Mason

13  Dated: October___, 2005

By: _____
Elizabeth Norberg

Defendant Starwood Hotels & Resorts
Worldwide, Inc.

CURIALE DELLAVERSON HIRSCHFELD
& KRAEMER, LLP

17  Dated: October ___, 2005

By: _____
John F. Baum
Geoffrey M. Hash

Attorneys for Defendant
Starwood Hotels & Resorts Worldwide, Inc

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA